Submitted September 13, affirmed October 6, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MONIQUE CHERIE LUCKCUCK,
*Defendant-Appellant.*

Lincoln County Circuit Court
18CR46132; A172822

496 P3d 1161

Sheryl Bachart, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).